UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| YENALVIS PENA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | :<br>:<br>:<br>:　No. 5:23-cv-3117<br>:<br>:<br>: |

_____

# O R D E R

**AND NOW**, this 19th day of December, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment, ECF No. 31, is **DISMISSED as moot**;

2. Defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment, ECF No. 33, is **GRANTED in part and DENIED in part**;
   a. Defendant's Motion to Dismiss is **GRANTED** and the case is **DISMISSED** for lack of jurisdiction;
   b. Defendant's Motion for Summary Judgment is **DISMISSED as moot;**

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts; and

4. This case is **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge